## PURDY v. C. C. WHITE PAPER MFG. CO.

(City Court of New York, General Term. November 16, 1899.)

ACTION—MASTER AND SERVANT—CONTRACT OF EMPLOYMENT.

An action for a breach of a contract, to recover a balance of salary under a contract whereby defendant agreed to pay plaintiff $20 a week during the month of January following, and $30 a week for each and every week thereafter during the year 1896, as and for a guarantied salary, is maintainable in the form brought, where the issue of wrongful discharge is not presented by the pleadings.

Appeal from trial term.

Action by Robert P. Purdy against the C. C. White Paper Manufacturing Company. Judgment dismissing complaint, and plaintiff appeals. Reversed.

Argued before FITZSIMONS, C. J., and McCARTHY and CONLAN, JJ.

McKoon & Luckey, for appellant.
Fromme Bros., for respondent.

FITZSIMONS, C. J. The action was for a balance of salary, from April 18, 1896, to June 23, 1896, at $30 a week, under an alleged contract with defendant, made on or about December 31, 1895, by which the defendant agreed to pay plaintiff $20 a week during the month of January following, and $30 a week for each and every week thereafter during the year 1896, as and for a guarantied salary. After June 23, 1896, plaintiff abandoned his contract. The issue of wrongful discharge was not presented by the pleadings, and the action for breach of contract was maintainable in the form brought. 2 Suth. Dam. (2d Ed.) p. 1561, § 692. The plaintiff's proof entitled him to go to the jury, and the dismissal was erroneous.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.